UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 19-cr-00087-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| DONAVON HENRY | MAGISTRATE JUDGE HANNA |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the guilty plea of the Defendant, Donavon Henry, is accepted, and the court hereby adjudges the Defendant guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 2nd day of July, 2019.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE